AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern        DISTRICT OF        New York

Relios, Inc.

v.

U.S. Jewelry House Ltd.

**APPEARANCE**

Case Number: 08-3981 (RPP)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Relios, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 5/29/08 | [signature] |
| Date | Signature |
| | Jason M. Drangel — 7204 |
| | Print Name / Bar Number |
| | 60 East 42nd Street, Suite 820 |
| | Address |
| | New York / NY / 10165 |
| | City / State / Zip Code |
| | (212) 292-5390 / (212) 292-5391 |
| | Phone Number / Fax Number |