IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------X
:
RELIOS, INC.                                     :
                                                 :
*Plaintiff*                                      :
                                                 :    08-CV-03981-RPP
       v.                                        :
                                                 :
U.S. JEWELRY HOUSE, LTD.                         :
                                                 :
*Defendant*                                      :
                                                 :
-------------------------------------------------X

## UNOPPOSED MOTION TO WITHDRAW

Certain counsel of record for Relios, Inc. ("Relios") in the above-referenced case, specifically Barry D. Williams and William Garth Gilchrist of the law firm Bannerman & Williams, P.A., respectfully request leave to withdraw as counsel of record for Relios. Dwayne Goetzel is already an attorney of record in this case and Jason Drangel filed a notice of appearance in this Court for Relios on May 20, 2008. Granting this unopposed motion, therefore, will not result in any break in the representation of Relios in this case. Moreover, granting this unopposed motion will not cause any delay in the litigation, because the case is in a very early stage (e.g., the case was transferred from the Southern District of New York on May 13, 2008 and ordered to Scheduling Conference on May 14, 2008). Counsel for U.S. Jewelry House Ltd. does not oppose this motion.

In view of the foregoing, Relios respectfully requests that this Motion be granted.

EPSTEIN DRANGEL BAZERMAN &
JAMES, LLP

Dated: 6/17/08

By: _____
Jason M. Drangel (JMD 7204)
Robert L. Epstein (RE 8941)
William C. Wright (WCW 2213)
Attorneys for Plaintiff
60 East 42nd Street
Suite 820
New York, NY 10165
Tel: 212-292-5390
Fax: 212-292-5391