**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Pelios

**Plaintiff(s)**

-against-

US Jewelry House

_____ **Defendant(s)** _____

08 CV 3981 (RPP)
**SCHEDULING ORDER**

**PATTERSON, D.J.**

1. This action is referred to Magistrate Judge _____ for _____ after a case management conference.

2. This action is referred for mediation: _____ Yes _____ No.

3. Amend the pleadings by _____.

4. Medical Authorizations by _____.

5. Rule 26 compliance by _____.

6. Experts' reports to be served by _____.

7. Experts' depositions to be completed by _____.

8. All discovery to be completed by   10/31/08   .

9. Dispositive motions by _____, Answer by _____, Reply by _____.

10. Pretrial order to be filed by   11/14/08   .

11. Settlement conference with parties & counsel to be held on _____ at _____.

12. Pretrial conference is scheduled for _____ at _____.

13. Trial date is scheduled for   12/1/08   at   9:30 AM   .

Dated: New York, New York

June 30, 2008

**SO ORDERED.**

**ROBERT P. PATTERSON, JR.**
**U.S.D.J.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/2008